

# Fourth Court of Appeals
## San Antonio, Texas

September 24, 2019

No. 04-19-00554-CV

Charles J. **MELNIK**,
Appellant

v.

Dewayne **BALDWIN** and Tonia Baldwin,
Appellees

From the County Court, Guadalupe County, Texas
Trial Court No. 2018-CV-0012
Honorable Bill Squires, Judge Presiding

# O R D E R

A copy of appellant's notice of appeal was filed in this court on August 19, 2019. The clerk of the court notified appellant in writing that our records did not reflect that the filing fee in the amount of $205 was paid. In addition, our record contains no evidence that appellant is excused by statute or rule from paying the filing fee. *See* TEX. R. APP. P. 5, 20.

We therefore **ORDER** appellant to show cause in writing **by October 9, 2019** that either: (1) the filing fee has been paid; or (2) appellant is entitled to appeal without paying the filing fee. If appellant fails to respond within the time provided, this appeal will be dismissed for failure to pay the filing fee. *See id.* 5, 42.3(c) All other appellate deadlines are suspended pending the payment of the filing fee.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of September, 2019.

_____
LUZ ESTRADA,
Chief Deputy Clerk